No. 10–5052. SMITH v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 10–5053. MILLER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–5054. BARNES v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–5055. BURK v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–5056. HERNANDEZ v. MARTINEZ, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 10–5057. HUNTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5058. FAYEMI v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 10–5059. GORDON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5060. FIELDS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–5061. GOODWIN v. DAVIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5062. NOBLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5063. MADISON v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 10–5066. PADRON VAZQUEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5067. CONLEY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.